```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

KERRY SMITH, et al.,            )
                                )
            Plaintiffs,         )
                                )
       v.                       )     No.  10 C 8276
                                )
MHI INJECTION MOLDING MACHINERY,)
INC., et al.,                   )
                                )
            Defendants.         )

<u>MEMORANDUM ORDER</u>

In this multi-party action two of the codefendants, MHI Injection Molding Machinery, Inc. and Mitsubishi Heavy Industries America, Inc. are represented by the same law firm (as might be guessed from the corporate names, the companies are related). Each has now filed a Third-Party Complaint against TransNav Technologies, Inc. and Sycamore Specialized Carriers, Inc. This memorandum order is issued sua sponte to require counsel to combine those needlessly separate pleadings.

This is not simply a matter of concern for the environment that calls for fewer trees to be cut down. Indeed, an order requiring calling for a new pleading to replace the current pair will require added paper (though the follow-up need for the third-party defendants to respond to a single pleading can work out to a net saving). Instead a combined pleading will facilitate the ability of the reader (whether the targeted third-party defendants or this Court) to see just where the third-party plaintiffs are on the same page and where (if at all) they are

not.  Little if any purpose is served by requiring the reader to pore over multiple filings and responses rather than to review a single response that makes clear on one reading what differences (if any) the claims involve.

Accordingly, as indicated at the outset, the current pair of Third-Party Complaints are stricken.  Leave is of course granted to file a single combined Third-Party Complaint on or before December 12, 2011.

_____
Milton I. Shadur
Senior United States District Judge

Date:  November 28, 2011