IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KERRY SMITH, et al.,           )
                               )
            Plaintiffs,        )
                               )
     v.                        )      No.  10 C 8276
                               )
MHI INJECTION MOLDING MACHINERY,)
INC., et al.,                  )
                               )
            Defendants.        )

MEMORANDUM ORDER

In this multi-party action two of the codefendants, MHI
Injection Molding Machinery, Inc. and Mitsubishi Heavy Industries
America, Inc. are represented by the same law firm (as might be
guessed from the corporate names, the companies are related).
Each has now filed a Third-Party Complaint against TransNav
Technologies, Inc. and Sycamore Specialized Carriers, Inc.  This
memorandum order is issued sua sponte to require counsel to
combine those needlessly separate pleadings.

This is not simply a matter of concern for the environment
that calls for fewer trees to be cut down.  Indeed, an order
requiring calling for a new pleading to replace the current pair
will require added paper (though the follow-up need for the
third-party defendants to respond to a single pleading can work
out to a net saving).  Instead a combined pleading will
facilitate the ability of the reader (whether the targeted third-
party defendants or this Court) to see just where the third-party
plaintiffs are on the same page and where (if at all) they are

not.  Little if any purpose is served by requiring the reader to pore over multiple filings and responses rather than to review a single response that makes clear on one reading what differences (if any) the claims involve.

Accordingly, as indicated at the outset, the current pair of Third-Party Complaints are stricken.  Leave is of course granted to file a single combined Third-Party Complaint on or before December 12, 2011.

_____
Milton I. Shadur
Senior United States District Judge

Date:  November 28, 2011